UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEAR THERAPEUTICS (US), INC.,<br><br>　　　　Defendant. | Case No. 22-cv-04780-JST<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

This case is subject to an automatic bankruptcy stay. *See* ECF No. 39. The Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: April 13, 2023



JON S. TIGAR
United States District Judge